**SO ORDERED.**

**SIGNED December 02, 2010.**



_____
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

In Re: Sherri Kay Payne            Bankruptcy Case No. 10-12347
      Debtor                                Chapter 13

**ORDER GRANTING MOTION BY THE UNITED STATES TRUSTEE**

Considering the United States Trustee's motion seeking authority for issuance of a subpoena *duces tecum* compelling CitiMortgage, Inc. to produce certain documents and its representative, Martin Maina, to appear for an examination pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016, and the court having found sufficient cause to grant the requested relief:

IT IS ORDERED that the United States Trustee's Motion for Entry of Order Authorizing the Examination of and Requiring the Production of Documents by CitiMortgage, Inc. pursuant to Fed. R. Bankr. P. 2004 and 9016 is hereby GRANTED; and

IT IS FURTHER ORDERED that a subpoena be issued compelling:

(A) CitiMortgage, Inc. to produce to the United States Trustee each and every document described and requested in Exhibit A attached hereto on or before 5:00 o'clock p.m., on Monday, December 13, 2010; and

(B) CitiMortgage, Inc. to appear and give testimony by and through Martin Maina, on December 17, 2010, at 9:00 a.m., at the Dallas, Texas Office of the United States Trustee, or at such later time as agreed to by and between the parties.

### 

**This order was prepared and is being submitted by:**
Gail Bowen McCulloch, LA Bar No. 3337
Trial Attorney
Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
Telephone No. (318) 676-3456
Direct Telephone No. (318) 676-3550
Facsimile No. (318) 676-3212

# EXHIBIT A

**INSTRUCTIONS**

A.  The singular form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun, and vice versa. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun, and vice versa.

B.  Any defined term with or without capitalization or quotation marks used herein shall be regarded as a defined term for purposes of Exhibit A.

C.  Each of the requests in Exhibit A is for Documents in Your possession, custody or control whether or not prepared, authored, or executed by You.

D.  Each Document is to be produced as it is kept in the usual course of business and shall be organized and labeled to correspond with each paragraph in Exhibit A, below.

E.  Do not produce privileged Documents. Instead, if any Documents are withheld under a claim of privilege, furnish a list describing each document for which privilege is claimed, together with the following information:

   1. Author and job title;
   2. Name and job title of each recipient and person to whom a copy was furnished;
   3. Date of the Document;
   4. Basis on which privilege is claimed; and
   5. The specific request under Exhibit A to which each such document is responsive.

F.  If any Document has been destroyed, discarded, or is otherwise no longer in existence please state:

   1. Author;
   2. Date of the Document;
   3. Subject matter of the Document;
   4. The date it was destroyed, discarded, or discovered to no longer be in existence; and
   5. The reason it was destroyed, discarded, or is no longer in existence.

G.  You should supplement or amend your responses to these requests if additional Documents covered hereby are obtained or discovered.

H.  Regardless of the tense employed, all verbs shall be read as applying to the past, present and future as is necessary to make any paragraph more, rather than less, inclusive.

I.  In producing Documents You are requested to produce the original of each Document

requested together with all nonidentical copies and drafts of that Document.

## **DEFINITIONS**

**"Debtor"** means and refers to the debtor(s) in the case in which this motion has been filed.

**"Document" or "Documents"** means and is intended to have the broadest possible meaning and includes, without limitation, any writings, electronic transmissions, email, drawings, graphs, charts, photographs, recorded, digitally encoded, graphic, and/or other data compilations from which information can be obtained, translated if necessary through detection devices into reasonably usable form, or other information, including originals, copies (if the original is no longer available), translations and drafts thereof and all copies bearing notations and marks not found on the original. The definition includes any electronically stored information including, but not limited to, sound recordings, videos, images, software files such as accounting or word processing files (including drafts, embedded data, and metadata). The term **"Document" or "Documents"** includes without limitation, account statements, affidavits, analyses, appraisals, confirmations, contracts, correspondence, communications, deeds of trust, diskettes, drafts, estimates, evaluations, filings, financial statements, forms, journals, ledgers, letters, lists, memoranda, minutes, notations, notes, opinions, orders, pamphlets, papers, employees' review checklists, permanent files, pictures, press releases, projections, prospectuses, publications, receipts, recordings of conferences, conversations or meetings, reports, statements, statistical records, studies, summaries, tabulations, telegrams, telephone records, telex messages, transcripts, understandings, videotapes, vouchers, work papers, copies of records and documents, and sheet or things similar to any of the foregoing however denominated. The term **"Document" or "Documents"** further means any document now or at any time in the possession, custody, or control of the entity to whom this document request is directed (together with any predecessors, successors, affiliates, subsidiaries or divisions thereof, and their officers, directors, employees, agents and attorneys). Without limiting the term "control" as used in the preceding sentence, a person is deemed to be in control of a documents if the person has a right to secure the document or a copy thereof.

**"And"** and **"or"** as used herein are terms of inclusion and not of exclusion, and shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request for production of documents any document or information that might otherwise be construed to be outside its scope.

**"Any"** means one or more.

**"Describe," "discuss," "analyze," "describing," "discussion,"** or **"analyzing,"** mean any document that, in whole or in part, characterizes, delineates, explicates, deliberates, evaluates, appraises, assesses or provides a general explanation of the specified subject.

**"Person"** means any natural person, corporation, partnership, company, sole proprietorship, association, institute, joint venture, firm, governmental body, or other legal entity, whether privately or publicly owned or controlled, for profit or not-for-profit, or partially or fully government owned or controlled.

**"Relate to"** and **"relating to"** mean to make a statement about, refer to, discuss, describe, reflect, contain, comprise, identify, or in any way to pertain to, in whole or in part, or otherwise to be used, considered, or reviewed in any way in connection with, the specified subject. Thus, documents that "relate to" a subject also include those which were specifically rejected and those which were not relied or acted upon.

**"You"** or **"Your"** mean CitiMortgage, Inc. and CitiMortgage, Inc.'s officers, employees, agents, representatives, accountants, attorneys and/or other representatives, as well as any and all other Persons acting directly or indirectly on CitiMortgage, Inc.'s behalf.

**"Year"** means calendar year.

## DOCUMENTS REQUESTED

1. All documents, books, papers and records reviewed, referenced or otherwise relied on to prepare the Proof(s) of Claim filed on behalf of CitiMortgage in the case in which this motion has been filed ("Proof Of Claim").
2. A complete loan history for the loan referenced in the Proof of Claim (commonly called a "pencil ledger"), complete with all outstanding charges, fees, principal and interest due and owing and any other charges claimed to be owed together with a history of all payments made by any entity for credit against such loan balance, regardless of whether or not such payments where actually credited against the outstanding loan balance.
3. All documents relating to:
a. The receipt of payments made by or on behalf of the Debtors; and
b. The recordation of payments that were received from or on behalf of Debtors; and
c. The handling and/or internal processing of payments made by or on behalf of Debtors;
d. The accounting and application of payments made by or on behalf of Debtors; and
e. The issuance or authorization for issuance of letters or notices of default or delinquency to the Debtors.
4. All documents evidencing, relating or referring to, or concerning any policy or procedure, written or otherwise published, regarding:
a. The protocol for receiving payments by or on behalf of debtors in bankruptcy cases; and
b. The protocol for recording payments that are received by, from, or on behalf of debtors in bankruptcy cases; and
c. The protocol for handling and/or internal processing of payments made by or on behalf of debtors in bankruptcy cases;
d. The protocol for accounting and applying payments made by or on behalf of debtors in bankruptcy cases; and
e. The protocol for the issuance or authorization for issuance of letters or notices of default or delinquency to debtors in bankruptcy cases.
5. Copies of any and all notes made by CitiMortgage's employees, or of any agent employed by CitiMortgage to review or otherwise manage or service the loan referenced in the Proof of Claim, regarding the amounts due under the loan agreement; the calculation of any principal, interest, fees or other charges, whether pre or post petition; the calculation of or application of any payments made against the loan balance or any charges arising under the promissory note; together with any notes

evidencing or regarding any communications with the above named debtors or their counsel, whether such communications were oral or written.

6. Copies of all correspondence to or from any person (including but not limited to the Debtor/borrower, any authorized agent or any third party) in the possession of CitiMortgage regarding the loan referenced in the Proof of Claim.

7. All documents evidencing, relating or referring to, or concerning any policy or procedure for CitiMortgage to collect on pre-petition or post-petition debts or claims from debtors in bankruptcy cases, including but not limited to policies or procedures regarding communications or correspondence with debtors in pending bankruptcy cases.

8. All documents evidencing, relating or referring to, or concerning any policy or procedure for the triggering event or events that generates a communication in bankruptcy cases regarding defaults, delinquencies, or other deficiencies.

9. Copies of all documents which support or evidence charges included in the Proof of Claim including, but not limited to, invoices and other related documents issued by any attorney establishing the actual amount of any pre or post petition attorney's fees for which CitiMortgage claims the Debtor/borrower is responsible pursuant to the promissory note, how the amount of such fees were derived, and any additional documents which demonstrate that the fees claimed were reasonable.

10. All documents evidencing, relating to, or referring to any attempt by CitiMortgage to collect on its debt from the Debtors, to include documents used to support its proof of claim.

11. A complete copy of the Promissory Note forming the basis of the underlying obligation for which CitiMortgage seeks payment, together with any assignments and endorsements thereof.

12. A completed copy of any Deed of Trust or any other security instrument, together with evidence of perfection of the security interest and any assignments and endorsements thereof, which CitiMortgage claims secures the debt underlying the loan referenced in the Proof of Claim.